```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

| | |
|---|---|
| MEMPHIS DENTAL MANUFACTURING CO., INC., | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) ) |
| v. | )  No. 22-cv-02790-TLP-tmp ) |
| BASE PLATE WAX DIRECT, INC., TERRANCE MARMINO, and FRANK BOWMAN, | ) ) ) ) |
| Defendants/Counter-Plaintiffs. | ) |

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO COMPEL**

On April 19, 2024, Plaintiff/Counter-Defendant Memphis Dental Manufacturing Co., Inc. ("Memphis Dental") filed a Motion to Compel Discovery Responses of Defendant/Counter-Plaintiff Frank Bowman. (ECF No. 62.) A response to that motion was due on May 3, 2024. This motion was referred to the undersigned on May 20, 2024. (ECF No. 66.) To date, no response has been filed. Under the Local Rules, "[f]ailure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion." L.R. 7.2(a)(2). Therefore, Memphis Dental's motion as to Interrogatory Numbers 4, 5, 20, 24, 25, and 26 and Requests for Production Numbers 2, 3, 4, 5, 6, and

7 are GRANTED. Bowman must provide responses to the outstanding discovery by Tuesday, June 25, 2024.

However, Interrogatory No. 22 asks for Bowman to provide his attorney with his social security number so that he can provide that information to Memphis Dental without it being in the public record. (ECF No. 62-4 at PageID 293.) Even though Bowman failed to respond, the undersigned finds that his social security number is sensitive and confidential information, and Memphis Dental has provided no basis to justify such a disclosure. Therefore, the motion to compel as to Bowman's social security number is DENIED.

IT IS SO ORDERED.

s/Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

June 5, 2024
Date